UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALICIA QUEZADA,

Plaintiff,

v.

MCKESSON CORPORATION,

Defendant.

Case No. 01-2431 DWF/AJB

NOTICE OF CANCELLATION

---

The Court having been advised that this case is being referred to the multidistrict litigation panel for consideration, you are hereby given notice that the pretrial conference scheduled to be held on November 7, 2002, at 9:45 a.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge has been canceled.

The parties shall advise the Court as to the status of the above matter if additional pretrial management should be needed.

Dated: 10/8/02

Arthur J. Boylan
U. S. Magistrate Judge

Filed ____________
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________