NO COPY

FILED
LODGED
RECEIVED

MAIL

JUN 09 2003

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

**IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION**

**MDL NO. 1407**

**Alicia Quezada v. McKesson Corporation**
**Case No. 01-CV-2431 DWF/AJB**

**NOTICE OF ASSOCIATION OF ATTORNEYS**

PLEASE TAKE NOTICE THAT Jane E. Joseph, Lopez, Hodes, Restaino, Milman & Skikos, will associate as counsel in the above-referenced matter. Ms. Joseph may be served or notified of matters relating to the action at the following address:

13938ACedar Rd. Suite 373
Cleveland, OH 44118
Telephone (216) 921-9314
Fax (216) 921-9334

Dated this 28th day of May, 2003.

Jane E. Joseph (MN Bar # 167988)
LOPEZ, HODES, RESTAINO,
MILMAN & SKIKOS
13938ACedar Rd. Suite 373
Cleveland, OH 44118
(216) 921-9314

Gale D. Pearson (MN Bar # 244670)
ROBINSON, CALCAGNIE, and
ROBINSON
1012 Grain Exchange Building
400 South Fourth Street
Minneapolis, MN 55415
(612) 332-0351

02-CV-02599-NTC