UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ALICIA QUEZADA,

Plaintiff,

vs.

McKESSON CORPORATION,

Defendant.

Civil No. 01-2431 DWF/AJB

**SUBSTITUTION OF COUNSEL**

---

TO: PLAINTIFF ABOVE-NAMED and GALE D. PEARSON, ESQ., Her Attorney, Robinson Calcagnie Robinson, 1012 Grain Exchange Building, 400 South Fourth Street, Minneapolis, Minnesota, 55415

PLEASE TAKE NOTICE that Patrick H. O'Neill, Jr., Esq., O'Neill & Murphy, LLP, 1050 Degree of Honor Building, 325 Cedar Street, Saint Paul, Minnesota, 55101, has been substituted in the place and instead of Kim M. Schmid, Esq. and/or Roshan N. Rajkumar, Bowman and Brooke, LLP as counsel of record for Defendant McKesson Corporation in the above-entitled matter. Any further papers and documents in this action should hereafter be served upon Patrick H. O'Neill, Jr., Esq., O'Neill & Murphy, LLP, as attorneys for Defendant McKesson Corporation.

Dated: 10/9/03

BOWMAN AND BROOKE, LLP

By /s/
Kim M. Schmid (#195613)
Roshan N. Rajkumar (#0305212)
150 South Fifth Street, #2600
Minneapolis, MN 55402-4426
(612) 339-8682

Dated: 10/15/03

O'NEILL & MURPHY, LLP

By /s/
Patrick H. O'Neill, Jr. (MN #207950)
1050 Degree of Honor Building
325 Cedar Street
Saint Paul, MN 5101-1015
(651) 292-8100