UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE; PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

This document relates to:
Alicia Quezada v. McKesson Corp.,
Cause No. C02-2599

Cause No. C02-2599

ORDER TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE REMANDED

This matter comes before the court upon notification by counsel that this case has met the criteria set forth in Section II of Case Management Order ("CMO") No. 17C, and that it is therefore ripe for remand.

Pursuant to CMO No. 17C, this court hereby orders counsel to show cause no later than July 30, 2004, why it should not issue a Suggestion of Remand Order in this matter. Any response to the opposing brief shall be filed on August 6, 2004, and the reply, if any, shall be filed on August 12, 2004. The matter is noted on the court's docket for determination without oral argument on August 13, 2004.

IT IS SO ORDERED this 16TH day of July, 2004.

s/Barbara J. Rothstein

Barbara Jacobs Rothstein
United States District Court Judge