LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS

A LAW CORPORATION

13938A CEDAR RD • #373 • CLEVELAND, OH 44118
TELEPHONE / 330.425.3957 FACSIMILE / 330.425.3958

JANE E. JOSEPH
(216) 921-9314
jejoseph@ix.netcom.com
Admitted in Minnesota and Ohio

August 16, 2004

***Filed and served electronically***

Honorable Judge Barbara Rothstein
U.S. District Court
Western District of Seattle
700 Stewart Street
Lobby Level
Seattle, WA 98101

**Re: Quezada v. McKesson Corporation**
**Case No. 02-2599**

Dear Judge Rothstein:

I am writing regarding Plaintiff's Reply to Defendant's Response to Court's Order to Show Cause, electronically filed with the court on Friday, August 13, 2004 at 9:49 a.m. PT. That brief was to be filed and served on August 12, 2004, pursuant to the Court's Order to Show Cause Why This Matter Should Not Be Remanded, dated July 16, 2004.

I was out of town for an extended period of time and mistakenly thought plaintiff's brief was due on Friday, August 13. I did not realize my error until I returned to my office. I respectfully request that the Court consider Plaintiff's Reply Brief, notwithstanding its untimely submission.

Please accept my apology for any inconvenience this may have caused.

Sincerely,

s/ Jane E. Joseph
Jane E. Joseph (MN Attorney no. 167988)

JEJ/aos

Cc: Patrick O'Neill