THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION,

**MDL: 1407**

This document relates to:

Quezada v. McKesson Corporation

Case No. 2:02-cv-02599

**NOTICE OF TAIUNG DEPOSITION DUCES TECUM OF Mc]KESSON CORPORATION PURSUANT TO FEDERAL RULE OF CWIL PROCEDURE 30(b)(6)**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 (b)(6) of the Federal Rules of Civil Procedure plaintiff will take the deposition upon oral examination of McKesson Corporation (hereinafter referred to as "McKesson") regarding the subject matters described herein, on October 19, 2004 at the offices of Lopez, Hodes, Restaino, Milman & Skikos, 625 Market Street, Eleventh Floor, San Francisco, CA 94105, beginning at 9:00 a.m. and continuing until completed. The deposition will be before a person authorized by law to administer oaths and will be videotaped.

LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
13938A Cedar Rd., Suite 373
Cleveland, Ohio 44118
(216) 921-9314 Telephone
(216) 921-9334 Facsimile



## DEFINITIONS

The following definitions apply to this Notice of Deposition and are deemed to be incorporated into each subject listed below:

1 **"Document"** as used in this Notice is coextensive with the meaning of the term "document" and "tangible things" in Fed. R. Civ. P. 34, and shall be construed broadly and expansively to include any medium upon which information is recorded, including, but not limited to, printed, typed, photostatic, photographed, recorded, computer generated, computer stored, or otherwise maintained or reproduced communication or representation, any data compilation of any form, whether comprised of letters, words, numbers, pictures, sounds, bytes, e-mails, electronic signals or impulses, electronic data, active files, deleted files, **file** fragments, or any combination thereof including, without limitation, all memoranda, notes, records, letters, envelops, telegrams, messages, studies, analysis, contracts, agreements, applications, forms, policies, claims, files, records, letters, correspondence, minutes, memoranda, notes, e-mails, photocopies, facsimiles, transcripts, graphs, photographs, videotapes, audiotapes, microfilm, charts, tables, calculations, analysis, summaries, compilations, projects, illustrations, advertisements, fliers, mailings, brochures, notices, acknowledgments, reports, trade letters, press releases, comparisons, books, diaries, articles, magazines, newspapers, booklets, brochures, pamphlets, circulars, bulletins, notices, forecasts, drawings, diagrams, instructions, or communication of any type inter and intra office communications, questionnaires, surveys, charts, graphs, photographs, phonographs, fihns and any draft of the foregoing, which is, or has been, at any time, in the control, custody or possession of you, or the former or present directors, officers, counsel, agents, employees, partners, consultants, principals, and/or persons acting on your behalf.

2. **"Communication"** shall refer to all communication, both written and oral, including, but not limited to, telephone conversations, letters, memoranda, e-mails, facsimiles, reports, interviews, statements, contracts, agreements, and consultations. )Whenever a request refers

to conversations with others, such request also refers to communications with all persons acting on behalf of that other, including, but not limited to, employees, officers, managers, directors, parent corporations, subsidiaries, predecessors-in-interest, associates, consultants, investigators, secretaries, assistants, agents, brokers, claims adjusters, or attorneys.

3. **"You"** and **"Your"** and **"McKesson Corporation"** shall refer to McKesson and any of its subsidiary and/or affiliated companies including, but not limited to, Zee Medical, McKesson Pharmaceutical, Valu-Rite, and all parties acting on behalf of McKesson, including, but not limited to, employees, officers, managers, directors, administrators, fiduciaries, parent corporations, subsidiaries, affiliated companies, predecessors in interest, associates, consultants, investigators, secretaries, assistants, agents, brokers, claims adjusters, or attorneys.

4- **"Identify"** V;hen asked to "identify" a natural person, please provide: (a) the person's full



name, (b) current or last known home address and telephone number, ( c ) current or last known business address and telephone number, (d) birth date, (e) social security number, (f) current or last known place of employment, and (g) job title or description.

When asked to "identify" a corporation or other business entity, please provide: (a) the name of the entity, (b) the type of entity, (e.g. partnership, limited partnership, corporation), ( c ) the state of formation or incorporation, (d) the date of fon-nation or incorporation, (e) the principal business address and telephone number, and (f) the principal business address.

5. **"Person"** means natural person, as well as corporate and/or govenunent entity.

6. **"Privilege"** If a privilege is claimed over any document, (as defined above), please provide: (a) the identity of the author of the document, (b) the identity of the recipient of the document, ( c ) the date the document was prepared, (d) a brief description of the document, and (e) the basis upon which the privilege is claimed, including the statute, rule or decision upon which the claim of privilege is based.

7. **"Relating to"** or **"relate to"** or **"referring to"** or **"refer to"** or **"reflecting"** or **C6refteet"** or **c'concerning"** or **"concern"** shall mean evidencing, regarding, concerning, discussing, embodying, describing, summarizing, containing, showing, mentioning, reflecting, pertaining to, dealing with, relating to, referring to in any way or manner or in any way logically or factually, connecting with the matter described in that paragraph of this Notice, including documents attached to or used in preparation of or concerning the preparation of the documents.

8. **"Relevant Time Period"** unless otherwise stated, these requests seek documents prepared, dated, sent or received during the period 1980 through the present. The documents to be produced include all documents prepared, dated, sent or received during the relevant time period or pertaining to the relevant time period.

9. The terms **"and"** and **"or"** and **"and/or"** shall be construed broadly and expansively as 'and/or", and shall not be construed to limit the documents or information sought in any manner.

**10.** The term **"PPA"** shall refer to phenylpropanolamine.

## DEPOSITION SUBJECT MATTER

Pursuant to Rule 30(b)(6), McKesson shall designate and produce for deposition one or more of its officers, directors, employees, or other persons as its corporate representative(s) with the most knowledge and who can testify regarding the following subjects:

LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
13938A Cedar Rd., Suite 373
Cleveland, Ohio 44118
(216) 921-9314 Telephone
(216) 921-9334 Facsimile

1. McKesson's policies and procedures, relating to:

a. Reviewing published literature related to the safety of PPA including, but not limited to, joumal/magazine articles, medical textbooks, animal studies and case reports;

b. The selection of decongestant products to manufacture or distribute;

c. Determining whether McKesson's' products containing PPA were safe;

d. Drafting, reviewing, or revising the labeling for PPA-containing products distributed by McKesson;

e. The voluntary withdrawal of PPA-containing products distributed by you or any of your subsidiaries or affiliated companies;

f. McKesson's adverse event reporting system.

2. Conduct, perfon-nance, execution, and implementation of.

a. Reviewing published literature related to the safety of PPA including, but not limited to, joumal/magazine articles, medical textbooks, animal studies and case reports;

b. The selection of decongestant products to manufacture or distribute-,

c. Determining whether McKesson's products containing PPA were safe;

d. Drafting, reviewing or revising the labeling for PPA-containing products distributed by McKesson;

e. The voluntary withdrawal of PPA-containing products distributed by you or any of your subsidiary or affiliated companies;

f. McKesson's adverse event reporting system.

3. The identity of all person(s) who performed the functions described in sections 1 (a)-(f) and 2 (a)-(f) above during the relevant time period.

4. The activities of McKesson's law department with respect to PPA products, as described in the deposition of Kevin Lloyd in Florene Law, vs. Zee Medical, Inc J.B. Laboratories, Inv., L.N.K. International, Inc. and McKesson Corporation, MDL Case No. 02-CV-2615 (ND Okla. Case No. 02-CV-503), pgs. 37-8, 51-2, and 214.

*5.* The activities of McKesson's regulatory affairs task force with respect to PPA products as described in the deposition of Kevin Lloyd in Florene Law vs. Zee Medical, Inc., JB Laboratories, Inv., L.N.K. International, Inc. and McKesson CoKporation, MDL Case No. 02-CV-2615 (ND Okla. Case No. 02-CV-503), pgs. 52-54.

Not later than I 0 days prior to said deposition, the corporate representative(s) will produce the following documents:

LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
13938A Cedar Rd., Suite 373
Cleveland, Ohio 44118
(216) 921-9314 Telephone
(216) 921-9334 Facsimile



1. Any document referring to, referencing or otherwise documenting the meetings,

· deliberations, and conclusions of any individuals or groups concerned about product safety of PPA, including but not limited to the minutes of the group.

2. Any document referring to, referencing, or otherwise documenting the creation of any positions or groups whose purpose dealt with safety of the product containing PPA.

1 For definition purpose, when stated herein, "document' refers to any physical evidence, whether stored textually on paper, computer disc, videotape, audiotape, e-mail, or by any other means.

3. Any document referring to, referencing, or otherwise documenting the purpose of any safety group and any rules, policies, customs, or directives referencing same.

4. Any document relating to or referring to the safety *vel non* of phenylpropanolamine in McKesson's products or any other product produced by any other manufacturer.

*5.* Any document referring to, referencing, or otherwise documenting the

communication of the results and/or product of the meetings, deliberations, and conclusions to any employee, department, officer, or Board Member of McKesson where the safety of products containing phenylpropanolamine was discussed.

6. Any published literature related to the safety of PPA including, but not limited to, joumal/magazine articles, medical textbooks, and case reports.

7. Any documents identifying whether McKesson products containing PPA were safe.

8. Identify by exhibit number any document withheld on the basis of privilege which in any manner refers to any employee or group of employees whose purpose was product safety.

9. Any documents reviewed, analyzed, considered, produced, reported, prepared, or read by anyone from the McKesson concerning the safety of PPA.

For purposes of Case Management Order No. I relating to the designation of any documents by Plaintiffs 10 days prior to the commencement of the deposition, Plaintiff hereby designates any documents responsive to the duces tecum requests outlined above.

**LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS**
**13938A Cedar Rd., Suite 373**
**Cleveland, Ohio 44118**
**(216) 921-9314 Telephone**
**(216) 921-9334 Facsimile**



The deposition will be conducted pursuant to the provisions of Case Management Order No. 1, will be stenographically recorded and videotaped by the court reporting fmn of Esquire Reporting, 505 Sansome Street, 5th Floor, San Francisco, CA 941 1 1. You are at liberty to appear

and examine the witness.

Respectfully submitted thisl5l,"@ day of September, 2004.

*(lidr* No. @67988
ODES, RESTAINO
MILMAN & SKIKO
13938A Cedar Rd., Suite 37
Cleveland, Ohio 4411
(216) 921-931
(216) 921-9334 (fax

Cleveland, Ohio 44118
(216) 921-9314 Telephone
(216) 921-9334 Facsimile



**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

**IN R.E: PHENYILPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION**

**MDL NO. 1407**

**CERTIFICATE OF SERVICE**

This document relates to:
Quezada v. McKesson Corporation
Case No. 2:02-cv-02599

**1,** Jane E. Joseph, declare under penalty of pe@ury under the laws of the State of Ohio that the following is true and correct.

**1** am a citizen of the United States and a resident of Cuyahoga County, Ohio. I am over the age of 18 years and am not a party to the within cause. My business mailing address is that of Lopez, Hodes, Restaino, Milman & Skikos, 13938A Cedar Rd., Suite 373, Cleveland, Ohio 44118.

On September (@,'2004 1 caused true and correct copies of

NOTICE OF TAKING DEPOSITION DUCES TECUM OF McKESSON CORPORATION

to be served by regular U.S. mail upon the following counsel of record:

Patrick H. O'Neill, Jr. O'Neill & Murphy, LLP
1050 Degree of Honor Building 325 Cedar Street
St. Paul, Minnesota 55 *1* 01

LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
13938A Cedar Rd., Suite 373
Cleveland, Ohio 44118
(216) 921-9314 Telephone
(216) 921-9334 Facsimile



Defendants Counsel

Executed this 15th day of September, 2004 at Cleveland, Ohio

LOPEZ, HODES, RESTAINO, MILMAN & SV.DCOS
13938A Cedar Rd., Suite 373
Cleveland, Ohio 44118
(216) 921-9314 Telephone
(216) 921-9334 Facsimile