**Reply To: St. Paul Office**

September 23, 2004

**<u>Via Facsimile & U.S. Mail</u>**
Jane E. Joseph, Esq.
Lopez, Hodes, Restaino,
Milman & Skikos
13938A Cedar Road, #373
Cleveland, OH 44118

**RE: <u>Alicia Quezada v. McKesson Corporation</u>**

Dear Ms. Joseph:

I am in receipt of the Rule 30 (b)(6) Notice of Taking Deposition Duces Tecum of McKesson, dated September 15, 2004. I am writing in an effort to "meet and confer" regarding this ongoing discovery dispute. McKesson takes the position that this Notice is inappropriate, and asks that you voluntarily withdraw it. Our position remains that Plaintiff is not entitled to discovery from McKesson. This stance has been communicated to you in letters dating back to November 2003, when this Firm was first retained to defend McKesson, reiterated in McKesson's Objections to Plaintiff's written discovery, and further developed in McKesson's Response to the Court's Remand Order to Show Cause. Given McKesson's status as a non-manufacturing defendant, and where the Fact Discovery Deadline ("FDD") expired on January 22, 2004, we deem fact discovery to be complete.

A 30(b)(6) Notice is a discovery device that has been available to the Plaintiff since this case was filed in 2001. The issuance of this Notice is particularly questionable, when one considers that it calls for corporate representative depositions **10 months** after the expiration of the FDD, and where Plaintiff refused McKesson's request on January 6, 2004 to stipulate to an extension of the FDD for 90 days.

Furthermore, CMO 1(a) dictates that no depositions of corporate defendants may be taken outside the time allotted by the MDL court, absent agreement of the parties. Corporate representative depositions of an MDL defendant may only be taken after the expiration of

the FDD upon motion and a showing of good cause. Clearly, good cause has not been shown. Until or unless Judge Rothstein rules to the contrary, McKesson will not be tendering corporate representatives for depositions outside the FDD.

Please respond to this request in writing by October 4, 2004, or McKesson will file a Motion to Quash.

Very truly yours,

O'NEILL & MURPHY, LLP

Patrick H. O'Neill, Jr.
poneill@o-mlaw.com

PHO:smb

cc: Carole Ungvarsky, Esq. *(Via E-Mail Only)*
Sotera Anderson, Esq. *(Via E-Mail Only)*
Emily Hicks, Esq. *(Via E-Mail Only)*