**Reply To: St. Paul Office**

October 5, 2004

**Via Facsimile**
Jane E. Joseph, Esq.
Lopez, Hodes, Restaino,
Milman & Skikos
13938A Cedar Road, #373
Cleveland, OH 44118

**RE: Alicia Quezada v. McKesson Corporation**

Dear Ms. Joseph:

We have not received a response to our September 26, 2004 correspondence which attempted to resolve our ongoing discovery dispute short of the Court's involvement. We again ask that you voluntarily withdraw the Rule 30 (b)(6) Notice of Taking Deposition Duces Tecum of McKesson dated September 15, 2004.

I am also enclosing Judge Rothstein's Order Granting Defendant Cardinal Health's Request to Quash and Motion for Protective Order in Sanders v. American Home Products Corporation, et al., which clearly supports our position that the proposed discovery is untimely.

Please respond to this request in writing by October 7, 2004, or we will file a Motion to Quash and Motion for Protective Order on October 8, 2004.

Very truly yours,

O'NEILL & MURPHY, LLP

Cara C. Passaro
cpassaro@o-mlaw.com