**Reply To: St. Paul Office**

October 6, 2004

**Via Facsimile**
Jane E. Joseph, Esq.
Lopez, Hodes, Restaino,
Milman & Skikos
13938A Cedar Road, #373
Cleveland, OH 44118

**RE: Alicia Quezada v. McKesson Corporation**

Dear Ms. Joseph:

I am in receipt of your correspondence that you will not voluntarily withdraw the Rule 30 (b)(6) Notice of Taking Deposition Duces Tecum of McKesson dated September 15, 2004. In light of this refusal, we are forced to proceed with a Motion to Quash and Motion for Protective Order noted for consideration during the week of October 18, 2004.

We will not be tendering McKesson witnesses on October 19, 2004, pending Judge Rothstein's decision regarding the above-referenced motion.

Very truly yours,

O'NEILL & MURPHY, LLP

Cara C. Passaro
cpassaro@o-mlaw.com

CCP.rb

cc: Carole Ungvarsky, Esq. *(Via E-Mail Only)*
Emily Hicks, Esq. *(Via E-Mail Only)*