LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS

A LAW CORPORATION

13938A CEDAR RD # #373 4 CLEVELAND, OH 44118

TELEPHONE 330.425.3957 FACSIMILE 330.425.3958

JANE E JOSEPH
(216) 921-9314
ieioseph(@.ixnetcom.com
**Adniifted** in Nfinnesota and Ohio

June 3, 2003

Roshan N. Rajkumar
BOWMAN AND BROOKE LLP
150 South Fifth Street
Suite 1300
Minneapolis, NW 55402-1498

*Re: In Re: Phenylpropanolamine (PPA) Products Liability Litigation MDL No. 1407; Alicia Quezada v. McKesson Corporation Case No. 01 - C V-2431 (D WFIA JB)*

Dear Roshan:

I enclose for your signature plaintiffs Stipulation and Order Regarding Amendment of Complaint. Please sign the Stipulation and return it to me so that I can have it filed.

Thank you for your cooperation.

eph

JEJ/aos
Enc.

JUN 0 5 2003

NEWPORT BEACH SAN FRANCISCO MINNEAPOLIS CINCINNATI SACRAMENTO.

**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

**IN** RIE: **PHENYLPROPANOLAMINE**
**(PPA) PRODUCTS LIABILITY**

**LITIGATION**

**Alicia Quezada v. McKesson Corporation**
**Case No. 01-CV-2431 DWF/AJB**

**MDL NO. 1407**

**STIPULATION AND ORDER REGARDING AMENDMENT OF COMPLAINT**

COME NOW the parties hereto, and hereby stipulate to the following:

Pursuant to Fed. R. Civ. Pro. 15(a), plaintiff shall amend her complaint to add one defendant, Perrigo Company, 515 Eastern Avenue, Allegan, Michigan 490 1 0 to this matter.

Dated this day of 2003.

Gale ). Pearson (MN Bar # 244670)
ROBRNSON, CALCAGNIE, and
ROBFNSON
1012 Grain Exchange Building
400 South Fourth Street
Minneapolis, MN 55415

(612) 332-0351

outh I ifL,

Suite 1300
Minneapolis, MN 55402
(612) 339-8682

**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**ATSEATTLE**

**IN RE: PHENYLPROPANOLAMINE**
**(PPA) PRODUCTS LIABILITY** **MDL NO. 1407**
**LITIGATION**

**Alicia Quezada v. McKesson Corporation**
**Case No. 01-CV-2431 DWF/AJB**

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this -day of 2003.

Honorable Barbara J. Rothstein
United States District Court Judge

Presented by:

ROBINSON, CALCAGNIE, and
ROBINSON

Gale D. Pearson (MN Bar # 244670)
Counsel for Plaintiff