THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

IN RE: PHENYLPROPANOLAMINE
(PPA) PRODUCTS LIABILITY LITIGATION

MDL No. 1407

This document relates to:
Alicia Quezada v. McKesson Corporation
Case No.: 01-CV-2431 DWF/AJB

**Certificate of Service**

I, Stephen M. Warner, declare under penalty of perjury under the laws of the State of Minnesota that the following is true and correct:

I am a citizen of the United States and a resident of Ramsey County, Minnesota. I am over the age of 18 years and am not a party to the within cause. My business mailing address is O'Neill & Murphy, LLP, 1050 Degree of Honor Building, 325 Cedar Street, Saint Paul, Minnesota, 55101.

On October 28, 2004 I caused true and correct copies of:

- **Defendant's Reply Memorandum in Support of Motion to Quash and Motion for Protective Order with attached Exhibits A-C**
- **Declaration of John Essig**

to be served via electronic mail and United States mail upon Plaintiff's counsel of record:

Jane E. Joseph, Esq.
Lopez, Hodes, Restaino, Milman & Skikos
13938A Cedar Road, Suite 373
Cleveland, OH 44118

**Plaintiff's Counsel**

and served via electronic mail upon the following counsel of record:

Arthur Sherman, Esq.
Sherman, Salkow, Petoyan & Weber
11601 Wilshire Boulevard, Suite 675
Los Angeles, CA 90025
email: asherman@shermanlaw.com
**Lead Co-Counsel for Plaintiffs**

Richard Lewis, Esq.
Cohen, Milstein, Hausfeld & Toll
1100 New York Avenue NW
West Tower, Suite 500
Washington, DC 20005-3934
email: rlewis@cmht.com
**Lead Co-Counsel for Plaintiffs**

Lance E. Palmer, Esq.
Levinson, Friedman, P.S.
720 Third Avenue, Suite 1800
Seattle, WA 98104-1845
email: LEP@admiralty.com
**Liaison Counsel for Plaintiffs**

Randolph Sherman, Esq.
Kaye, Scholer, Fierman, Hays & Handler
425 Park Avenue
New York, NY 10022
email: rsherman@kayescholer.com
**Lead Co-Counsel for Defendants**

D. Joseph Hurson, Esq.
Lane, Powell, Spears, Lubersky, LLP
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
email: hursond@lanepowell.com
**Liaison Counsel for Defendants**

Douglas A. Hofmann, Esq.
Williams, Kastner & Gibbs, LLC
601 Union Street, Suite 4100
Seattle, WA 98101
email: dhofmann@wkg.com
**Liaison Counsel for Defendants**

and served via United States mail upon the following counsel of record:

Terry Tottenham, Esq.
Fulbright & Jaworski
600 Congress Avenue, Suite 2400
Austin, TX 78701

Executed this 28th day of October, 2004 at Saint Paul, Minnesota.

s/Stephen M. Warner
Stephen M. Warner