THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

MDL No. 1407

This document relates to:

MDL Docket No. 02-CV-2599

Alicia Quezada v. McKesson Corporation
Case No.: 01-CV-2431 DWF/AJB

**Declaration of John Essig**

STATE OF CALIFORNIA )
) §
COUNTY OF SAN FRANCISCO )

JOHN ESSIG, being first duly sworn upon oath, deposes and states:

1. That I am currently employed by Defendant McKesson Corporation ("McKesson"), and submit this Affidavit in support of Defendant's Motion to Quash and Motion for Protective Order.

2. That my current title is Director of Private Brand, a position I have held since October 20, 1997.

3. That prior to being employed at McKesson, I was employed at SuperValu for 23 years, and from 1987 to 1997, worked in its retail, over-the-counter, private label program.

4. That McKesson is a distributor of over-the-counter and prescription medications and is not a manufacturer of any of these products.

5. That McKesson did not manufacture, nor did it have any control over the manufacture and/or formulation of any PPA-containing products that it distributed.

6. That although McKesson does distribute private label products to its retail customers, the manufacturers of these products specifically agree to be responsible for providing all label directions, warnings, cautions and other information as required by law, including any FDA regulations. McKesson has no role whatsoever in the choice of language used to convey these directions, warnings, cautions and other required information.

7. That Zee Medical, Inc. plays no role in McKesson's private label program.

8. That to the best of my knowledge, the distribution of McKesson's private label products to its retail customers is equivalent to the private label program of large retailers, such as Walmart or Walgreens.

FURTHER YOUR AFFIANT SAYETH NOT.

John Essig

SUBSCRIBED and SWORN to before me
this 27th day of october, 2004.

Notary Public Sonia Advani

SONIA ADVANI
Commission # 1463867
Notary Public - California
San Francisco County
My Comm. Expires Jan 20, 2008