**THE HONORABLE BARBARA J. ROTHSTEIN**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

**IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION**

**MDL NO. 1407**

**CERTIFICATE OF SERVICE**

**Quezada v. McKesson Corporation**
**Case number 01-CV-2431 DWF/AJB**

I, Audrey Schmida, declare under penalty of perjury under the laws of the State of Ohio that the following is true and correct.

I am a citizen of the United States and a resident of Summit County, Ohio. I am over the age of 18 years and am not a party to the within cause. My business mailing address is that of Lopez, Hodes, Restaino, Milman & Skikos, 13938A Cedar Rd., Suite 373, Cleveland, Ohio 44118.

On November 2nd, 2004 I caused true and correct copies of :

Plaintiff's Surreply to Defendant's Reply to Motion to Quash and Motion for Protective Order

to be served by electronic and regular U.S. mail upon the following counsel of record:

Patrick H. O'Neill, Jr.
O'NEILL & MURPHY, LLP
1050 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101

and via electronic mail upon the following counsel of record:

Douglas Hofmann
WILLIAMS KASTNER & GIBBS PLLC
4100 Two Union Square
P.O. Box 21926
Seattle, WA 98104-1845

D. Joseph Hurson
LANE POWELL SPEARS LUBERSKY LLP
1420 Fifth Ave., Suite 4100
Seattle, WA 98101-2338

Lance Palmer
LEVINSON, FRIEDMAN, P.S.
720 Third Ave., Suite 1800
Seattle, WA 98104-1845

Executed on November 2, 2004, at Cleveland, Ohio.

_s/Audrey Schmida__________
Audrey Schmida