THE HONORABLE BARBARA J. ROTHSTEIN

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION,

**MDL: 1407**

**DECLARATION OF JANE E. JOSEPH**

This document relates to:

Quezada v. McKesson Corporation

Case No. 2:02-cv-02599

I, JANE E. JOSEPH, declare under the penalty of perjury under the laws of the United States and the state of Ohio that the following is true and correct to the best of my knowledge:

1. I am an attorney with the law firm of Lopez, Hodes, Restaino, Milman & Skikos. My business address is 13938A Cedar Road, #373, Cleveland, OH 44118. I am counsel for plaintiff in *Quezada v. McKesson Corporation.*

2. In accordance with Local Rule 7(g) of the Western District of Washington, United States District Court, I contacted Patrick H. O'Neill, attorney for McKesson Corporation, to advise of plaintiff's intention to file a surreply. Mr. O'Neill was not available and a voicemail message was left for Mr. O'Neill stating that plaintiff intended to file a surreply pursuant to Local Rule 7(g). That message was left for Mr. O'Neill on the afternoon of October 29, 2004.

3. On November 1, 2004, at approximately 9:40 a.m. PST, I left a voicemail message for Judge Rothstein's clerk, indicating that a surreply would be filed pursuant to Local Rule 7(g) of the Western District of Washington, United States District Court.

The foregoing statements are made under penalty of perjury under the laws of the State of Ohio and are true and correct to the best of my knowledge and belief.

Signed at Cleveland, Ohio this 2nd day of November, 2004.

s/ Jane E. Joseph____________
Jane E. Joseph