GALE D. PEARSON
& Associates, P.A.
1012 Grain Exchange Building
400 South Fourth Street
Minneapolis, MN 55415
Telephone: (612) 332-0351
Facsimile: (612) 342-2399
attorneys@outtech.com

FILED LODGED RECEIVED MAIL

NOV 19 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

November 15, 2004

Clerk of United States District Court
United States District Court
Western District of Washington at Seattle
700 Stewart Street
Seattle, WA 98101

RE: **Alicia Quezada vs. McKesson Corporation**
**USDC - Western District of Washington (Seattle) - 01-cv-2431**
**MDL Docket No: 1407**

Dear Sir/Madam:

Please be advised that there is a change of firm name relative to the above-entitled action on behalf of plaintiffs. Gale D. Pearson, Esq. of Gale D. Pearson & Associates, P.A. in place of Robinson, Calcagnie, Robinson. The correct firm name and address is listed below.

Gale D. Pearson, Esq.
Minnesota Attorney I.D. No: 244673
Gale D. Pearson & Associates, P.A.
1012 Grain Exchange Bldg.
400 South Fourth Street
Minneapolis, MN 55415
Telephone: (612) 332-0351
Facsimile: (612) 342-2399
attorneys@outtech.com

By copy of this letter, all parties have been served with notice.

Thank you for your assistance in this regard.

Very truly yours,

Gale D. Pearson /st.

Gale D. Pearson

GDP/st
cc: Michael J. Beck, Clerk of the Panel
D. Joseph Hurson, Esq.
Lance Palmer, Esq.
Douglas A. Hofmann, Esq.
Patrick H. O'Neill, Jr., Esq.
Jane Joseph, Esq.

01-CV-02431-NTC