UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRESENT: THE HONORABLE BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT COURT

DATE: MARCH 29, 2005

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL NO. 1407 |
| This document relates to:<br><br>Quezada v. McKesson Corporation, No. 2-cv-2599. | |

IN CHAMBERS PROCEEDING:

On July 1, 2004, the court entered an Order to Show Cause pursuant to Case Management Order 17C why it should not issue a Suggestion of Remand Order in this matter. Plaintiff objected to remand arguing that she had not had an opportunity to complete discovery of Defendant McKesson Corporation. On October 8, 2004, McKesson Corporation filed a motion to quash discovery and for a protective order which the court granted on November 17, 2004. Thereafter, plaintiff’s counsel notified the court that plaintiff no longer objects to remand. As such, this case will be included on the court’s April, 2005 Suggestion of Remand Order.