UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION,

This document relates to the cases listed on Attachment A

MDL NO. 1407

SUGGESTION OF REMAND ORDER

The Court, having reviewed the records of the cases listed on Attachment A, finds and rules as follows:

(1) Common discovery and other coordinated pretrial proceedings have been completed. All remaining issues are case-specific, and best determined by the transferor court.

(2) These cases will not benefit from further coordinated proceedings as part of MDL 1407, and are ready to be remanded to their respective transferor jurisdictions.

Pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the court issues its Suggestion of Remand Order in the cases listed on Attachment A.

The Clerk is ORDERED to provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the clerks of the transferor district courts.

DATED at Seattle, Washington this 13th day of April, 2005.

Barbara J Rothstein

BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ATTACHMENT A

| WD WA Case No. | Case Name | Transferor Court/ Cause # |
|---|---|---|
| 02-2590 | Bridgmon v. Wyeth, Inc., et al. | Northern District of Alabama (Jasper), No. CV-02-J-2359-J |
| 03-2732 | Brown v. Bayer Corp., et al. | Southern District of Mississippi(Western) No. 03-cv-110 |
| 02-2586 | Bruce v. Bayer Corporation, et al. | Northern District of Alabama (Southern), No. 02-cv-2509 |
| 02-1730 | Brumfield v. Glaxo SmithKline, et al. | Eastern Dist of Louisiana (New Orleans), No. 02-cv-784. |
| 03-2479 | Buckner v. Novartis Consumer Health, Inc., et al. | Northern District of Mississippi (Greenville) No. 03-235 |
| 03-2856 | Carter v. Bayer Consumer Care, et al. | Southern District of Mississippi(Western) No. 03-cv-357 |
| 03-2095 | Catchings v. Bayer Corp., et al. | Northern District of Mississippi (Greenville) No. 01-cv-272 (Originally part of multi-plaintiff case Bernice Conway, et al. v. American Home Products, Inc., et al., No. 01-2180) |

| | | |
|---|---|---|
| 02-1515 | Chambers, et al. v. American Home Products Corp., et al. | Northern District of California (San Francisco) No. 02-cv-1773 |
| 01-1700 | Compton, et al. v. Whitehall-Robbins Healthcare, Co., et al. | Southern District of Mississippi(Jackson) No. 01-cv-576 |
| 03-938 | Cunningham v. Bayer Corp., et al. | Northern District of Mississippi, No. 02-260 |
| 03-2282 | Duncan v. Bayer Corp., et al. | Southern District of Mississippi(Jackson) No.3:02cv1831LN (Originally part of multi-plaintiff case Eula Coleman, et al. v. Bayer Corp., et al., No. 03-599) |
| 02-1776 | Evans v. Bayer Corp., et al. | Western District of Louisiana (Shreveport), No. 02-cv-457 |
| 03-1396 | Fort v. Bayer Corp. | Middle District of Tennessee(Nashville) No. 01-cv-1489 (Originally part of multi-plaintiff case Norman, et al. v. Bayer Corp., et al., No. 02-43) |

| | | |
|---|---|---|
| 03-2081 | Franklin v. Wyeth, et al. | Middle District of Louisiana (Baton Rouge),<br>No. 03-cv-74<br><br>(Originally part of multi-plaintiff case Brown, et al. v. Bayer Corp., et al., WDWA No. 03-841) |
| 03-1398 | Goodwin v. Bayer Corp. | Middle Dist of Tennessee,<br>No. 01-cv-1489<br><br>(Originally part of multi-plaintiff case Norman, et al. v. Bayer Corp., WDWA No. 02-43) |
| 03-236 | Haller v. SmithKline Beecham, et al. | Eastern District of Pennsylvania (Philadelphia),<br>No. C.A.02-8278-JED |
| 02-2145 | Hartig, et al. v. Bayer Corp., et al.<br><br>THIS MATTER IS BEING REMANDED EXCEPT FOR PLAINTIFFS' CLAIMS AGAINST DEFENDANT CHATTEM, INC. | Northern District of Florida (Pensacola) No. 02-cv-170 |
| 01-1771 | Hudson, et al. v. Bayer Corp., et al. | Western District of Louisiana (Shreveport)<br>No. 01-cv-1391 |
| 02-2596 | Hunter v, Bayer Corp., et al. | District of Massachusetts (Boston),<br>No. 02-CV-2596 |

| | | |
|---|---|---|
| 01-2161 | Jamerson v. Bayer Corp. | Middle District of Louisiana (Baton Rouge),<br>No. 01-cv-977 |
| 03-1383 | Jenkins, et al. v. American Home Products | Western Dist of Tennessee (Memphis) No. 01-cv-2921<br><br>(Originally part of multi-plaintiff case Mildred Jones, et al. v. American Home Products, et al., No. 02-367) |
| 02-264 | Johnson v. Novartis Pharmaceuticals Corp., et al. | Eastern District of Louisiana (New Orleans)<br>No. 01-cv-3614 |
| 03-2464 | Jones, et al. v. Bristol-Myers Squibb Co. | Southern District of Alabama,<br>No. 03-cv-159 |
| 02-2148 | Lacey v. Bayer Corp., et al. | Eastern Dist of Louisiana (New Orleans),<br>No. 02-cv-1007 |
| 03-2923 | Lamar, et al. v. Bayer Corp., et al. | Northern District of Alabama, No. 03-302<br><br>(Originally part of multi-plaintiff case Vivian Lamar, et al. v. Bayer Corp., et al., No. 03-2463) |

| | | |
|---|---|---|
| 03-1395 | Lindsey v. Bayer Corp. | Middle District of Tennessee (Nashville)<br>No. 01-cv-1489<br><br>(Originally part of multi-plaintiff case Norman, et al. v. Bayer Corp., et al., No. 02-43) |
| 01-1641 | Littlejohn v. Bayer Corp., et al. | Central District of California (Western Div.),<br>No. 01-cv-5715 |
| 03-2469 | Luckett v. Perrigo Co., et al. | Southern District of Florida,<br>No. 03-60459. |
| 03-428 | Maanum, et al. v. Wyeth | District of New Jersey,<br>No. 02-CV-5140(JAG) |
| 03-631 | Malatinsky, et al. v. Novartis AG, et al. | Northern District of West Virginia (Wheeling),<br>No. 5:02-cv-128 |
| 01-1692 | Matthews v. Bayer Corp., et al. | Middle District of Alabama(Montgomery)<br>No. 01-cv-802 |
| 03-1393 | McDole v. GlaxoSmithKline, PLC, et al. | Northern District of California (San Francisco),<br>No. 01-4180<br><br>(Originally part of multi-plaintiff case Marva Ridge, et al. v. GlaxoSmithKline PLC, et al., WDWA No. 02-530) |

| | | |
|---|---|---|
| 03-1386 | McGuffee v. Bayer Corp. | Southern District of Mississippi (Jackson), No. 01-cv-528<br><br>(Originally part of multi-plaintiff case McGuffee, et al. v. Bayer Corp., et al., No. 01-1652) |
| 03-189 | Moore v. Bayer Corp. | Northern District of Alabama (Southern) No. CV-02-J-2784-S |
| 03-241 | Morgan, et al. v. Smithkline Beecham Corp. | Eastern District of Pennsylvania, No. 02-cv-8306 |
| 02-25 | Nichols v. Bayer Corp., et al. | Eastern District of Louisiana (New Orleans), No. 01-cv-3504 |
| 03-1394 | Norman v. Bayer Corp. | Middle District of Tennessee(Nashville) No. 01-cv-1489<br><br>(Originally part of multi-plaintiff case Norman, et al. v. Bayer Corp., et al., No. 02-43) |
| 01-864 | Nuernberg v. Novartis Corp., et al. | Middle District of Louisiana (Baton Rouge), No. 01-864 |
| 02-1725 | Ohmer v. Novartis Pharmaceuticals Corp., et al. | Eastern Dist of Louisiana (New Orleans), No. 02-cv-746. |
| 03-849 | Parker v. Wyeth, et al. | Southern District of Mississippi (Hattiesburg), No. C.A. 2:03cv62PG |

| | | |
|---|---|---|
| 02-2597 | Peyton v. Perrigo Co., et al. | District of Maryland,<br>No. S-02-323 |
| 02-2599 | Quezada v. McKesson Corp. | District of Minnesota,<br>No. 01-cv-2431 |
| 03-2159 | Reeder v. Bayer Corp., et al. | Eastern District of New York (Brooklyn)<br>No. 01-cv-7539.<br>(Originally part of Delatte, et al. v. Bayer Corp., et al.,<br>No. 02-363) |
| 02-1532 | Ronberg, et al. v. Perrigo Co., Inc., et al. | District of Nevada,<br>No. cv-02-0090-JCM-PAL |
| 02-1770 | Robert Smith, Jr. v. Bayer Corp., et al. | Western District of Louisiana (Lake Charles), No. 02-cv-517 |
| 02-2536 | Dina Smith v. American Home Products Corp., et al. | Southern District of Mississippi,<br>No. 02-cv-562 |
| 02-1777 | Specht v. Bayer Corp., et al. | Western District of Louisiana (Shreveport),<br>No. 02-cv-465 |
| 02-1073 | Stiles, et al. v. Novartis Consumer Health, et al. | Central District of California,<br>No. 02-cv-2381 |

| | | |
|---|---|---|
| 03-2101 | Tanner v. Wyeth, et al. | Southern District of Mississippi (Eastern),<br>No. 01-cv169<br><br>(Originally part of multi-plaintiff case Edna Barnett, et al. v. American Home Products Corp., et al., No. 02-423) |
| 03-834 | Taylor, et al. v. Bayer Corp., et al. | District of Colorado,<br>No. 03-D-230(MJW) |
| 03-2480 | Thomas, et al. v. Bayer Consumer Care, et al. | Southern District of Mississippi<br>(Southern),<br>No. 03-265 |
| 03-2481 | Thornton, et al. v. Bayer Consumer Care | Southern District of Mississippi,<br>No. 03-266 |
| 02-1764 | West v. Bayer Corp., et al. | Middle District of Louisiana (Baton Rouge),<br>No. 02-cv-258. |
| 03-477 | Woodson v. Kroger Texas, LP, et al. | Southern District of Texas, No. H 02-4785 |