# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

June 1, 2005

FILED
LODGED
RECEIVED
MAIL

JUN - 6 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Re: MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

(See Attached CRO and Scheduled of Actions)

Dear Mr. Rifkin:

I am enclosing a certified copy and one additional copy of a conditional remand order filed by the Panel in the above-captioned matter on May 13, 2005. The order was entered pursuant to 28 U.S.C. § 1407(a) which provides that "[E]ach action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred...."

Please note that transmittal of the order was stayed fifteen (15) days to give any party an opportunity to oppose the remand. The fifteen-day period has now elapsed, no opposition has been received, and the order is directed to you for filing.

Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 438 (2001), parties are to furnish you with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to enable you to comply with the remand order.

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

Enclosures

cc: Transferee Judge: Judge Barbara Jacobs Rothstein
Transferor Clerk(s): (See Attached List of Clerks)

JPML Form 41

A CERTIFIED TRUE COPY
JUN 1 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MAY 13 2005
FILED
CLERK'S OFFICE

***DOCKET NO. 1407***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL REMAND ORDER***

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions listed on the attached schedule assigned to it have been completed and that remand of the actions to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions listed on the attached schedule be remanded to their respective transferor courts.

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Western District of Washington.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Western District of Washington with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN - 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE FOR CONDITIONAL REMAND ORDER
# DOCKET NO. 1407
# IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

| --- TRANSFEREE --- DIST | DIV. | C.A.NO. | --- TRANSFEROR --- DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|---|---|
| WAW | 2 | 01-1692 | ALM | 2 | 01-802 | *Dorothy Matthews, etc. v. Bayer Corp., et al.* |
| WAW | 2 | 02-2586 | ALN | 2 | 02-2509 | *John M. Bruce, Sr. v. Bayer Corp., et al.* |
| WAW | 2 | 03-189 | ALN | 2 | 02-2784 | *Barbara Moore, etc. v. Bayer Corp.* |
| WAW | 2 | 02-2590 | ALN | 6 | 02-2359 | *Sheila Bridgmon, etc. v. Wyeth, Inc., et al.* |
| WAW | 2 | 03-2464 | ALS | 1 | 03-159 | *Yolanda Jones, et al. v. Bristol-Myers Squibb Co.* |
| WAW | 2 | 01-1641 | CAC | 2 | 01-5715 | *Tracy Littlejohn v. Bayer Corp., et al.* |
| WAW | 2 | 02-1073 | CAC | 2 | 02-2381 | *Lloyd Stiles, et al. v. Novartis, A.G., et al.* |
| WAW | 2 | 02-1515 | CAN | 3 | 02-1773 | *Donald E. Chambers, et al. v. American Home Products Corp., et al.* |
| WAW | 2 | 03-834 | CO | 1 | 03-230 | *Janet Taylor, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 02-2145 | FLN | 3 | 02-170 | *Richard M. Hartig, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 03-2469 | FLS | 0 | 03-60459 | *Susan Luckett v. Perrigo Co., et al.* |
| WAW | 2 | 02-25 | LAE | 2 | 01-3504 | *Robert L. Nichols v. Bayer Corp., et al.* |
| WAW | 2 | 02-264 | LAE | 2 | 01-3614 | *Gwen Johnson, et al. v. Novartis Pharmaceuticals Corp., et al.* |
| WAW | 2 | 02-1725 | LAE | 2 | 02-746 | *Wayne Ohmer v. Novartis Pharmaceuticals Corp., et al.* |
| WAW | 2 | 02-1730 | LAE | 2 | 02-784 | *Michael Brumfield v. Glaxo SmithKline PLC, et al.* |
| WAW | 2 | 02-2148 | LAE | 2 | 02-1007 | *Betty Lacey v. Bayer Corp., et al.* |
| WAW | 2 | 01-2108 | LAM | 3 | 01-864 | *Mary Nuernberg v. Novartis Corp., et al.* |
| WAW | 2 | 01-2161 | LAM | 3 | 01-977 | *Fannie Mae Jamerson v. Bayer Corp.* |
| WAW | 2 | 02-1764 | LAM | 3 | 02-258 | *David West v. Bayer Corp., et al.* |
| WAW | 2 | 02-1770 | LAW | 2 | 02-517 | *Robert Smith, Jr. v. Bayer Corp., et al.* |
| WAW | 2 | 01-1771 | LAW | 5 | 01-1391 | *Gwendolyn Piper Hudson, et al. v. Bayer Corp.* |
| WAW | 2 | 02-1776 | LAW | 5 | 02-457 | *Norman Evans v. Bayer Corp., et al.* |
| WAW | 2 | 02-1777 | LAW | 5 | 02-465 | *Barbara Specht v. Bayer Corp., et al.* |
| WAW | 2 | 02-2596 | MA | 1 | 02-11858 | *Cindy Ann Hunter v. Bayer Corp., et al.* |
| WAW | 2 | 02-2597 | MD | 1 | 02-323 | *Joseph L. Peyton v. Perrigo Co., et al.* |
| WAW | 2 | 02-2599 | MN | 0 | 01-2431 | *Alicia Quezada v. McKesson Corp.* |
| WAW | 2 | 03-938 | MSN | 2 | 02-260 | *Ruby Cunningham v. Bayer Corp., et al.* |
| WAW | 2 | 03-2479 | MSN | 4 | 03-235 | *Susan Buckner v. Novartis Consumer Health, Inc., et al.* |
| WAW | 2 | 03-2480 | MSS | 1 | 03-265 | *Pauline Thomas, et al. v. Bayer Consumer Care, et al.* |
| WAW | 2 | 03-2481 | MSS | 1 | 03-266 | *Loretta Thornton, et al. v. Bayer Consumer Care* |
| WAW | 2 | 02-2536 | MSS | 2 | 02-562 | *Dina Smith, etc. v. American Home Products Corp., et al.* |
| WAW | 2 | 03-849 | MSS | 2 | 03-76 | *Emma Dale Parker, etc. v. Wyeth, et al.* |
| WAW | 2 | 01-1700 | MSS | 3 | 01-576 | *Donna Compton, et al. v. Whitehall-Robins, et al.* |
| WAW | 2 | 03-2732 | MSS | 5 | 03-110 | *Lessie Brown v. Bayer Corp., et al.* |
| WAW | 2 | 03-2856 | MSS | 5 | 03-357 | *Melvin Carter v. Bayer Consumer Care, et al.* |
| WAW | 2 | 03-428 | NJ | 2 | 02-5140 | *Medora Maanum, et al. v. Wyeth* |
| WAW | 2 | 02-1532 | NV | 2 | 02-90 | *Maria Ronberg, et al. v. Albertsons, Inc., et al.* |
| WAW | 2 | 03-236 | PAE | 2 | 02-8278 | *Natalie Haller, etc. v. Smithkline Beecham, et al.* |
| WAW | 2 | 03-241 | PAE | 2 | 02-8306 | *Dean Morgan, et al. v. Smithkline Beecham Corp.* |
| WAW | 2 | 03-477 | TXS | 4 | 02-4785 | *Harold Woodson v. Kroger Texas, LP, et al.* |
| WAW | 2 | 03-631 | WVN | 5 | 02-128 | *Philip L. Malatinsky, et al. v. Novartis, AG, et al.* |
| WAW | 2 | 03-1383 * | TNW | 2 | 01-2921 | *Brenda Jenkins, et al. v. American Home Products* |
| WAW | 2 | 03-1386 * | MSS | 3 | 01-528 | *John McGuffee v. Bayer Corporation* |
| WAW | 2 | 03-1393 * | CAN | 3 | 01-4180 | *Willie McDole v. Glaxo Smithkline Plc, et al.* |
| WAW | 2 | 03-1394 * | TNM | 3 | 01-1489 | *June Norman v. Bayer Corporation* |
| WAW | 2 | 03-1395 * | TNM | 3 | 01-1489 | *Lula Bell Lindsey v. Bayer Corporation* |
| WAW | 2 | 03-1396 * | TNM | 3 | 01-1489 | *Pam Fort v. Bayer Corporation* |
| WAW | 2 | 03-1398 * | TNM | 3 | 01-1489 | *Freda Goodwin v. Bayer Corporation* |
| WAW | 2 | 03-2081 * | LAM | 3 | 03-74 | *Beulah Franklin v. Wyeth, et al.* |
| WAW | 2 | 03-2095 * | MSN | 4 | 01-272 | *Roosevelt Catchings v. Bayer Corp., et al.* |
| WAW | 2 | 03-2101 * | MSS | 4 | 01-169 | *Laura L. Tanner v. Bayer Corp., et al.* |
| WAW | 2 | 03-2159 * | NYE | 1 | 01-7539 | *Jeffery Reeder v. Bayer Corp., et al.* |
| WAW | 2 | 03-2923 * | ALN | 2 | 03-302 | *Vivian Lamar v. Bayer Consumer Care, et al.* |

* WAW case number assigned after severance order was issued in W.D. Washington