ATTACHMENT "A"

# SCHEDULE FOR CONDITIONAL REMAND ORDER
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

| --- TRANSFEREE --- DIST | DIV. | C.A.NO. | --- TRANSFEROR --- DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|---|---|
| WAW | 2 | 01-1692 | ALM | 2 | 01-802 | *Dorothy Matthews, etc. v. Bayer Corp., et al.* |
| WAW | 2 | 02-2586 | ALN | 2 | 02-2509 | *John M. Bruce, Sr. v. Bayer Corp., et al.* |
| WAW | 2 | 03-189 | ALN | 2 | 02-2784 | *Barbara Moore, etc. v. Bayer Corp.* |
| WAW | 2 | 02-2590 | ALN | 6 | 02-2359 | *Sheila Bridgmon, etc. v. Wyeth, Inc., et al.* |
| WAW | 2 | 03-2464 | ALS | 1 | 03-159 | *Yolanda Jones, et al. v. Bristol-Myers Squibb Co.* |
| WAW | 2 | 01-1641 | CAC | 2 | 01-5715 | *Tracy Littlejohn v. Bayer Corp., et al.* |
| WAW | 2 | 02-1073 | CAC | 2 | 02-2381 | *Lloyd Stiles, et al. v. Novartis, A.G., et al.* |
| WAW | 2 | 02-1515 | CAN | 3 | 02-1773 | *Donald E. Chambers, et al. v. American Home Products Corp., et al.* |
| WAW | 2 | 03-834 | CO | 1 | 03-230 | *Janet Taylor, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 02-2145 | FLN | 3 | 02-170 | *Richard M. Hartig, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 03-2469 | FLS | 0 | 03-60459 | *Susan Luckett v. Perrigo Co., et al.* |
| WAW | 2 | 02-25 | LAE | 2 | 01-3504 | *Robert L. Nichols v. Bayer Corp., et al.* |
| WAW | 2 | 02-264 | LAE | 2 | 01-3614 | *Gwen Johnson, et al. v. Novartis Pharmaceuticals Corp., et al.* |
| WAW | 2 | 02-1725 | LAE | 2 | 02-746 | *Wayne Ohmer v. Novartis Pharmaceuticals Corp., et al.* |
| WAW | 2 | 02-1730 | LAE | 2 | 02-784 | *Michael Brumfield v. Glaxo SmithKline PLC, et al.* |
| WAW | 2 | 02-2148 | LAE | 2 | 02-1007 | *Betty Lacey v. Bayer Corp., et al.* |
| WAW | 2 | 01-2108 | LAM | 3 | 01-864 | *Mary Nuernberg v. Novartis Corp., et al.* |
| WAW | 2 | 01-2161 | LAM | 3 | 01-977 | *Fannie Mae Jamerson v. Bayer Corp.* |
| WAW | 2 | 02-1764 | LAM | 3 | 02-258 | *David West v. Bayer Corp., et al.* |
| WAW | 2 | 02-1770 | LAW | 2 | 02-517 | *Robert Smith, Jr. v. Bayer Corp., et al.* |
| WAW | 2 | 01-1771 | LAW | 5 | 01-1391 | *Gwendolyn Piper Hudson, et al. v. Bayer Corp.* |
| WAW | 2 | 02-1776 | LAW | 5 | 02-457 | *Norman Evans v. Bayer Corp., et al.* |
| WAW | 2 | 02-1777 | LAW | 5 | 02-465 | *Barbara Specht v. Bayer Corp., et al.* |
| WAW | 2 | 02-2596 | MA | 1 | 02-11858 | *Cindy Ann Hunter v. Bayer Corp., et al.* |
| WAW | 2 | 02-2597 | MD | 1 | 02-323 | *Joseph L. Peyton v. Perrigo Co., et al.* |
| WAW | 2 | 02-2599 | MN | 0 | 01-2431 | *Alicia Quezada v. McKesson Corp.* |
| WAW | 2 | 03-938 | MSN | 2 | 02-260 | *Ruby Cunningham v. Bayer Corp., et al.* |
| WAW | 2 | 03-2479 | MSN | 4 | 03-235 | *Susan Buckner v. Novartis Consumer Health, Inc., et al.* |
| WAW | 2 | 03-2480 | MSS | 1 | 03-265 | *Pauline Thomas, et al. v. Bayer Consumer Care, et al.* |
| WAW | 2 | 03-2481 | MSS | 1 | 03-266 | *Loretta Thornton, et al. v. Bayer Consumer Care* |
| WAW | 2 | 02-2536 | MSS | 2 | 02-562 | *Dina Smith, etc. v. American Home Products Corp., et al.* |
| WAW | 2 | 03-849 | MSS | 2 | 03-76 | *Emma Dale Parker, etc. v. Wyeth, et al.* |
| WAW | 2 | 01-1700 | MSS | 3 | 01-576 | *Donna Compton, et al. v. Whitehall-Robins, et al.* |
| WAW | 2 | 03-2732 | MSS | 5 | 03-110 | *Lessie Brown v. Bayer Corp., et al.* |
| WAW | 2 | 03-2856 | MSS | 5 | 03-357 | *Melvin Carter v. Bayer Consumer Care, et al.* |
| WAW | 2 | 03-428 | NJ | 2 | 02-5140 | *Medora Maanum, et al. v. Wyeth* |
| WAW | 2 | 02-1532 | NV | 2 | 02-90 | *Maria Ronberg, et al. v. Albertsons, Inc., et al.* |
| WAW | 2 | 03-236 | PAE | 2 | 02-8278 | *Natalie Haller, etc. v. Smithkline Beecham, et al.* |
| WAW | 2 | 03-241 | PAE | 2 | 02-8306 | *Dean Morgan, et al. v. Smithkline Beecham Corp.* |
| WAW | 2 | 03-477 | TXS | 4 | 02-4785 | *Harold Woodson v. Kroger Texas, LP, et al.* |
| WAW | 2 | 03-631 | WVN | 5 | 02-128 | *Philip L. Malatinsky, et al. v. Novartis, AG, et al.* |
| WAW | 2 | 03-1383 * | TNW | 2 | 01-2921 | *Brenda Jenkins, et al. v. American Home Products* |
| WAW | 2 | 03-1386 * | MSS | 3 | 01-528 | *John McGuffee v. Bayer Corporation* |
| WAW | 2 | 03-1393 * | CAN | 3 | 01-4180 | *Willie McDole v. Glaxo Smithkline Plc, et al.* |
| WAW | 2 | 03-1394 * | TNM | 3 | 01-1489 | *June Norman v. Bayer Corporation* |
| WAW | 2 | 03-1395 * | TNM | 3 | 01-1489 | *Lula Bell Lindsey v. Bayer Corporation* |
| WAW | 2 | 03-1396 * | TNM | 3 | 01-1489 | *Pam Fort v. Bayer Corporation* |
| WAW | 2 | 03-1398 * | TNM | 3 | 01-1489 | *Freda Goodwin v. Bayer Corporation* |
| WAW | 2 | 03-2081 * | LAM | 3 | 03-74 | *Beulah Franklin v. Wyeth, et al.* |
| WAW | 2 | 03-2095 * | MSN | 4 | 01-272 | *Roosevelt Catchings v. Bayer Corp., et al.* |
| WAW | 2 | 03-2101 * | MSS | 4 | 01-169 | *Laura L. Tanner v. Bayer Corp., et al.* |
| WAW | 2 | 03-2159 * | NYE | 1 | 01-7539 | *Jeffery Reeder v. Bayer Corp., et al.* |
| WAW | 2 | 03-2923 * | ALN | 2 | 03-302 | *Vivian Lamar v. Bayer Consumer Care, et al.* |

* WAW case number assigned after severance order was issued in W.D. Washington