# U.S. District Court
# WESTERN DISTRICT OF WASHINGTON (Seattle)
# CIVIL DOCKET FOR CASE #: 2:02-cv-02599-BJR
# Internal Use Only

Quezada v. McKesson Corp
Assigned to: Hon. Barbara J. Rothstein
Demand: $0
Lead case: 2:01-md-01407-BJR (View Member Cases)
Case in other court: Dist of Minnesota, 01-cv-2431
Cause: 28:1332 Diversity-Product Liability

Date Filed: 01/05/2003
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Alicia Quezada** represented by **Gale Diane Pearson**
GALE D. PEARSON & ASSOCIATES
1012 GRAIN EXCHANGE BLDG.
400 S 4th ST
MINNEAPOLIS, MN 55415
612-332-0351
Fax: FAX 1-612-342-2399
Email: attorneys@outtech.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jane E Joseph**
LOPEZ HODES RESTAINO MILMAN & SKIKOS
13938A CEDAR RD
STE 373
CLEVELAND, OH 44118
216-921-9314
Email: jjoseph@lopez-hodes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**McKesson Corporation** represented by **Kim M Schmid**
BOWMAN & BROOKE
150 S 5TH STREET
STE 2600
MINNEAPOLIS, MN 55415
612-339-8682
Fax: 612-339-8682
*TERMINATED: 01/14/2004*
*LEAD ATTORNEY*

**Roshan N Rajkumar**
BOWMAN & BROOKE
150 S 5TH STREET
STE 2600
MINNEAPOLIS, MN 55415
612-339-8682
Fax: 612-339-8682
*TERMINATED: 01/14/2004*
*LEAD ATTORNEY*

**Patrick H. O'Neill**
O'Neill & Murphy LLP
325 Cedar St
Suite 1050
St. Paul, MN 55101-1015
651 292 8100
Fax: 651 292 8111
Email: poneill@o-mlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2003 | 7 | TRANSMITTAL OF DOCUMENTS from District of Minnesota per MDL Order (CTO-23) dated December 19, 2002 re: MDL 1407 (PPA). Dist of Minnesota civil case no. 01-cv-2431 and WAW No C02-2599R. (VB) (Entered: 01/22/2003) |
| 01/05/2003 | | ENT- The Clerk will maintain a master docket and case file under the style PPA cases: orders, pleadings, motions, and other documents will, when filed and docketed in the Master Case File, be deemed filed and docketed in each individual case to the extent possible. (VB) (Entered: 01/22/2003) |
| 03/07/2003 | | Terminate Case (utility event) Per BJR (VB) (Entered: 03/07/2003) |
| 06/09/2003 | 8 | NOTICE of Association of Attorney by Jane E Joseph on behalf of Plaintiff Alicia Quesada (VB, ) (Entered: 12/18/2003) |
| 01/14/2004 | 9 | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL on behalf of Defendant McKesson Corporation. Patrick H. O'Neill is substituted as counsel for Defendant. Attorney Roshan N Rajkumar and Kim M Schmid terminated. (O'Neill, Patrick) (Entered: 01/14/2004) |
| 07/16/2004 | 10 | ORDER TO SHOW CAUSE Why this matter should not be remanded by Judge Barbara J. Rothstein. Show Cause Response due by 7/30/2004.(AE, ) (Entered: 07/19/2004) |
| 07/30/2004 | 11 | RESPONSE TO ORDER TO SHOW CAUSE by Plaintiff Alicia Quesada. (Joseph, Jane) (Entered: 07/30/2004) |
| 08/06/2004 | 12 | RESPONSE TO ORDER TO SHOW CAUSE by Defendant McKesson Corporation. (Attachments: # 1 Answer to Plaintiff's Interrogatories# 2 Answers to Plaintiff's Document Requests# 3 Declaration of Service)(O'Neill, Patrick) |

| | | |
|---|---|---|
| | | Modified on 8/13/2004; attachments named (AF, ). (Entered: 08/06/2004) |
| 08/13/2004 | 13 | REPLY BRIEF re 12 Response to Order to Show Cause, by Plaintiff Alicia Quesada. (Joseph, Jane) (Entered: 08/13/2004) |
| 08/16/2004 | 14 | Letter from Jane E. Joseph, Esq. (Joseph, Jane) . (Entered: 08/16/2004) |
| 10/08/2004 | 15 | MOTION to Quash *and Motion for Protective Order* by Defendant McKesson Corporation. (Attachments: # 1 Memorandum in Support of Motion to Quash # 2 Proposed Order # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit)(O'Neill, Patrick) Attachments named on 10/8/2004 (LT, ). (Entered: 10/08/2004) |
| 10/08/2004 | 16 | CERTIFICATE OF SERVICE by Defendant McKesson Corporation re 15 MOTION to Quash and Motion for Protective Order. (O'Neill, Patrick) Modified on 10/12/2004; related to Dkt. #15 (AF, ). (Entered: 10/08/2004) |
| 10/19/2004 | 17 | RESPONSE, by Plaintiff Alicia Quezada, to 15 MOTION to Quash *and Motion for Protective Order*. (Attachments: # 1 Declaration and Exhibits)(Joseph, Jane) (Entered: 10/19/2004) |
| 10/28/2004 | 18 | REPLY, filed by Defendant McKesson Corporation, to RESPONSE to 15 MOTION to Quash *and Motion for Protective Order* (Attachments: # 1 Exhibits A-C # 2 Certificate of Service)(O'Neill, Patrick) Modified text on 10/29/2004 (LT, ). Modified text on 10/29/2004 (LT, ). (Entered: 10/28/2004) |
| 10/28/2004 | 19 | DECLARATION of John Essig filed by Defendant McKesson Corporation re 15 MOTION to Quash *and Motion for Protective Order* (O'Neill, Patrick) (Entered: 10/28/2004) |
| 11/02/2004 | 20 | SURREPLY filed by Plaintiff Alicia Quezada re 15 MOTION to Quash *and Motion for Protective Order* (Attachments: # 1 Certificate of Service)(Joseph, Jane) (Entered: 11/02/2004) |
| 11/02/2004 | 21 | DECLARATION of Jane E. Joseph filed by Plaintiff Alicia Quezada re 15 MOTION to Quash *and Motion for Protective Order* (Attachments: # 1 Certificate of Service)(Joseph, Jane) Attachment named on 11/3/2004 (LT, ). (Entered: 11/02/2004) |
| 11/17/2004 | 22 | ORDER granting 15 Defendant McKesson Corporation's Motion to Quash, by Judge Barbara J. Rothstein.(LT, ) (Entered: 11/17/2004) |
| 11/19/2004 | 23 | Letter from attorney Gale D. Pearson re change of firm name. (LT, ) (Entered: 11/23/2004) |
| 03/29/2005 | 24 | MINUTE ORDER re 10 Order to Show Cause by Judge Barbara J. Rothstein. (LT, ) (Entered: 03/29/2005) |
| 03/29/2005 | | ***Case Reopened (utility event) (LT, ) (Entered: 04/05/2005) |
| 04/13/2005 | 25 | SUGGESTION OF REMAND ORDER by Judge Barbara J. Rothstein. (*This document relates to the cases listed on Attachment A*) (LT, ) (Entered: 04/13/2005) |
| 06/06/2005 | 26 | ORDER by MDL Panel re: MDL 1407 (PPA) CONDITIONAL REMAND ORDER received and filed on June 6, 2005. The actions listed on the attached |

| | | |
|---|---|---|
| | | schedule are hereby remanded to their respective Transferor courts.<br><br>Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425,438(2001), parties are to furnish a stipulation or designation of the contents to be remanded and all necessary copies of any pleading or other matter filed to enable you to comply with the remand order. (LT, ) (Entered: 06/07/2005) |
| 06/15/2005 | 27 | FINAL PRETRIAL ORDER re [3273] Conditional Transfer Order by Judge Barbara J. Rothstein. (Attachments: # 1 Attachment "A")(LT, ) (Entered: 06/16/2005) |

I hereby certify that the attached is a true and correct copy of the docket on file at the Western District of Washington

BRUCE RIFKIN, Clerk

By S/Lisa Tardiff

Deputy Clerk