UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALICIA QUEZADA,

Plaintiff,

v.

McKESSON CORPORATION,

Defendant.

Civil No. 01-2431 DWF/AJB

NOTICE OF STATUS/SCHEDULING CONFERENCE

---

You are hereby given notice that a status/scheduling conference in the above captioned matter will be held on October 27, 2005 at 9:00 a.m., in Suite 720, 180 East Fifth Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: September 29, 2005

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge