# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# STATUS/SCHEDULING CONFERENCE

Quezada,

Plaintiff,

v.

McKesson Corporation,

Defendant.

**COURT MINUTES**
Case Number: 01cv2431 DWF/AJB

| | |
|---|---|
| Date: | 10/27/05 |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 9:30 a.m. |
| Time in Court: | 30 Minutes |

Status/Scheduling Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota. Scheduling order to be issued.

s/ Kathy Thobe
Judicial Assistant