**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Alicia Quezada,

Plaintiff,

vs.

McKesson Corporation,

Defendant.

Civil No. 01-2431 DWF/AJB

**ORDER FOR MEDIATED SETTLEMENT CONFERENCE**

In accordance with the provisions of Local Rule 16.5, United States District Court for the District of Minnesota, it is –

ORDERED:

That attorneys for the parties shall have until November 22, 2005 to confer regarding settlement of this matter. If the case is settled prior to that date, the parties are instructed to so advise Kathy Thobe, Judicial Assistant for Magistrate Judge Arthur J. Boylan. If the case is not settled by that date, a telephonic conference shall be held on November 22, 2005 at 1:15 pm CT to discuss the parties' settlement efforts. During that call, a date for a mediated settlement conference will be determined and shall occur no later than January 13, 2006. Trial counsel for each party as well as a party representative having full settlement authority shall attend the conference. If insurance coverage may be applicable, a representative of the insurer, having full settlement authority, shall attend the conference.

BY THE COURT:

_s/ Arthur J. Boylan___________
Arthur J. Boylan
United States Magistrate Judge

Dated: November 1, 2005