# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Alicia Quezada, Plaintiff, | ) | COURT MINUTES - CIVIL<br>BEFORE: Arthur J. Boylan<br>U.S. Magistrate Judge |
| v. | ) | Case No: CV 01-2431 DWF/AJB<br>Date: November 22, 2005<br>Court Reporter:<br>Time Commenced: 1:15 p.m.<br>Time Concluded: 1:30 p.m.<br>Time in Court: 0 Hours & 15 Minutes |
| McKesson Corporation, Defendant. | ) | |

Hearing on: **STATUS CONFERENCE**

APPEARANCES:

Plaintiff: Jane Joseph
Defendant: Patrick O'Neill, Jr.

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- √ **Status conference.**
- ☐ Dates discussed for the progression of the case.

IT IS ORDERED:

- ☐ Schedule Set:
  - Trial:
  - PTC:
  - Discovery:
- ☐ Proceedings continued to ___________________ at _________ a.m./p.m.
- ☐ Submitted ☐ Sustained ☐ Overruled
- ☐ Brief time set:
- √ **Written order forthcoming.**

s/Shirley Hansen
Judicial Assistant