UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALICIA QUEZADA, Case No. 01-2431 DWF/AJB

Plaintiff,

**AMENDED NOTICE** v.

McKESSON CORPORATION,

Defendant.

---

Due to a conflict on the Court's calendar, you are hereby given notice that the settlement conference in the above captioned case currently scheduled to begin at 9:00 a.m. on January 13, 2006, has been moved to a later time. The settlement conference will commence at **10:00 a.m. on January 13, 2006**, before the undersigned Magistrate Judge.

Dated: January 6, 2006

s/Arthur J. Boylan
Arthur J. Boylan
U. S. Magistrate Judge