LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS

A LAW CORPORATION

13938A CEDAR RD • #373 • CLEVELAND, OH 44118
TELEPHONE / 216.921.9314 FACSIMILE / 216.921.9334

JANE E. JOSEPH
(216) 921-9314
jjoseph@lopez-hodes.com
Admitted in Minnesota and Ohio

January 10, 2006

Magistrate Judge Arthur J. Boylan
150 East Fifth Street
St. Paul, Minnesota 55101

**Re: Alicia Quezada v. McKesson Corp.**
**Case No. 01-2431**

Dear Magistrate Judge Boylan:

I am writing to advise the court that the parties have settled the above-referenced case. Settlement documents will be forthcoming.

Thank you for your assistance in this matter.

Sincerely,

Jane E. Joseph /jjo

Jane E. Joseph

JEJ/jmj