**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Alicia Quezada,

Plaintiff,

v.

McKesson Corporation,

Defendant.

Civil No. 01-2431 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Gale D. Pearson, Esq., Pearson, Randall & Schumacher, PA; and Jane E. Joseph, Esq., Lopez Hodes Restaino Milman & Skikos, counsel for Plaintiff.

Brian Murphy, Esq., and William S. Roberts, Esq., Wilson Elser; and Patrick H. O'Neill, Jr., Esq., O'Neill & Murphy, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: June 12, 2006

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court